DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTIAN B. BEILER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3122

_____

Aprill 15, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Donna M. Padar, Judge.


PER CURIAM.

Affirmed.

VILLANTI, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.